# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WALSH, <br><br> Plaintiff, <br><br> v. <br><br> POWERFLEET, INC., MICHAEL BRODSKY, STEVE TOWE, ANDERS BJORK, MICHAEL CASEY, CHARLES FRUMBERG, MEDHINI SRINIVASAN, and ELCHANAN MAOZ, <br><br> Defendants. | Case No. 1:24-cv-00148-CFC <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  March 13, 2024

By:

**LONG LAW, LLC**

*/s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*